EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: David W. Román Rodríguez | 2004 TSPR 193 163 DPR _____ |

Número del Caso: TS-6321

Fecha: 3 de diciembre de 2004

Oficina de Inspección de Notarías:

Lcda. Carmen H. Carlos
Directora

Abogado del Querellado:

Por Derecho Propio

Materia: Solicitud de Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

David W. Román Rodríguez
                    TS-6321

RESOLUCIÓN

San Juan, Puerto Rico, a 3 de diciembre de 2004

Examinada la Moción de Reinstalación al Ejercicio de la Notaría presentada por el licenciado David W. Román Rodríguez y la Moción presentada por la Directora de la Oficina de Inspección de Notarías, donde se nos informa que el licenciado Román Rodríguez corrigió las deficiencias señaladas en su obra notarial, procede la reinstalación al ejercicio de la notaría según solicitado.

Publíquese.

Lo acordó el Tribunal y lo certifica la Subsecretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

María I. Colón Falcón
Subsecretaria del Tribunal Supremo